## GIBBS v. DAVIS.

A DEMAND FOR PAYMENT IS NOT NECESSARY TO THE STATEMENT of a cause
   of action by an attorney to recover the reasonable worth of his services.

APPEAL from Multnomah County.

*W. W. Gibbs*, for appellant.

*W. T. Burney*, for respondent.

By the Court:

A complaint alleging the retainer of the plaintiff as an
attorney and counsellor at law, a promise by the defendant
to pay the reasonable worth of the plaintiff's services, the
rendering of certain services under such retainer, the subse-
quent discharge of the plaintiff, and the reasonable worth of
the services rendered, states a good cause of action. A de-
mand of payment in such a case is not necessary.

Judgment reversed.